

NUMBER 13-09-00546-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

RAMIRO BALTAZAR, SUSIE BALTAZAR
AND/OR ALL OCCUPANTS 3114 SONOMA DRIVE,
CORPUS CHRSTI, TX 78414,                                        Appellants,

v.

THE BANK OF NEW TRUST COMPANY N.A.
AS SUCESSOR TO JPMORGAN CHASE
BANK N.A. AS TRUSTEE,                                           Appellee.

On Appeal from the County Court at Law No. 5
of Nueces County, Texas.

# MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Benavides and Vela
Memorandum Opinion Per Curiam**

Appellants, Ramiro Baltazar and Susie Baltazar, perfected an appeal from a

judgment entered by the County Court at Law No. 5 of Nueces County, Texas, in cause

number 09-60307-5. Appellants have filed a motion to dismiss the appeal on grounds

that the matter at issue has been resolved.  Appellants request that this Court dismiss the appeal.

The Court, having considered the documents on file and appellants' motion to dismiss the appeal, is of the opinion that the motion should be granted.  *See* TEX. R. APP. P. 42.1(a).  Appellants' motion to dismiss is granted, and the appeal is hereby DISMISSED.  Costs will be taxed against appellants. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellants' request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Delivered and filed the
27th day of May, 2010.